UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )
     v.                       )   CRIMINAL NO. 4:05CR40022-FDS
                              )
CHRISTOS KYRIAZIS,            )   VIOLATIONS:
          Defendant           )   18 U.S.C. §1341 (MAIL FRAUD)
                              )   18 U.S.C. §3214 (INTERSTATE
                              )   TRANSPORTATION OF PROPERTY TAKEN
                              )   BY FRAUD)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

I.  **BACKGROUND AND SCHEME TO DEFRAUD**

1.  At all times material to this Information, defendant **CHRISTOS KYRIAZIS** ("**KYRIAZIS**") was an individual living in either Massachusetts or Florida.

2.  Beginning in or about 2001, and continuing until in or about August 2004, in the District of Massachusetts and elsewhere, the defendant herein, **CHRISTOS KYRIAZIS**, did devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

3.  The scheme consisted essentially of **KYRIAZIS** obtaining funds from an elderly widow living in Shrewsbury, Massachusetts ("the victim") by representing to her that he would invest her funds for her benefit in legitimate and safe investments, but

1

instead using those funds for **KYRIAZIS**'s personal and business purposes.

4. By this fraudulent scheme, **KYRIAZIS** obtained approximately $975,000 from the victim.

5. In furtherance of this scheme, **KYRIAZIS** did the following, among other things:

 a. represented to the victim that he would invest her funds for her benefit in legitimate and safe investments;

 b. In or about November 2002, induced the victim to cash in a legitimate annuity with a value in excess of $800,000 and to deposit the proceeds in the victim's bank account;

 c. In November and December 2002, **KYRIAZIS** induced the victim to send a total of approximately $787,000 to an entity with the words "Investment Group" in its name. **KYRIAZIS** represented to the victim that the funds would be invested on behalf of the victim. Instead, **KYRIAZIS** caused approximately $700,000 of the funds to be used to purchase approximately 2,000 gold coins, which **KYRIAZIS** took for his own personal use. **KYRIAZIS** used the remainder of the funds to pay his personal home rental fee for a year and to purchase a Porsche automobile.

c.  On or about August 2, 2004, **KYRIAZIS** induced the victim to issue a $15,000 check drawn on her personal account to "Tierra Verde Spec. Inc," and caused those funds to be deposited in a bank account in that name. **KYRIAZIS** represented to the victim that the funds were for a legitimate investment for the benefit of the victim. In fact, Tierra Verde Spec. Inc. was at all times an entity located in Florida which operated a small grocery store. Although not identified as an officer or director on the business's public records, **KYRIAZIS** at all times owned and controlled the business and its bank accounts. **KYRIAZIS** used the victim's funds for his own personal purposes;

d.  On or about August 17, 2004, **KYRIAZIS** induced the victim to issue a $15,000 check drawn on her personal account to "Tierra Spec." **KYRIAZIS** represented to the victim that the funds were for a legitimate investment for the benefit of the victim. Thereafter, **KYRIAZIS** used the victim's funds for his own personal purposes;

e.  On or about August 28, 2004, **KYRIAZIS** induced the victim to issue a $7,000 check drawn on her personal account to **KYRIAZIS**. **KYRIAZIS** represented to the victim that the funds were for a legitimate investment for the benefit of the victim. Thereafter, **KYRIAZIS**

        used the victim's funds for his own personal purposes;

    f.    On or about August 30, 2004, **KYRIAZIS** induced the victim to endorse over to "Tierra Verde Spec." three checks she had received from legitimate annuity accounts, specifically checks in the amounts of $58,155.18, $34,296.05 and $56,130.28. **KYRIAZIS** represented to the victim that the funds were for a legitimate investment for the benefit of the victim. Thereafter, **KYRIAZIS** used the victim's funds for his own personal purposes;

    g.    When the victim and/or her representatives requested the return of the funds she had given to **KYRIAZIS**, he failed to return any of the funds.

## II. COUNT 1 - MAIL FRAUD (18 U.S.C. §1341)

6. The allegations contained in paragraphs 1-5 of this Information are hereby re-alleged and incorporated by reference.

7. On or about November 25, 2002, in the District of Massachusetts and elsewhere, the defendant herein,

**CHRISTOS KYRIAZIS,**

for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and attempting to do so, did cause to be placed in post offices and authorized depositories for mail matter approximately

100 gold coins to be sent by mail by the United States Postal Service from J.G.M. Numismatic Investments in Beverly, Massachusetts, and did knowingly cause the articles to be delivered by the United States Postal Service, according to directions thereon, to **CHRISTOS KYRIAZIS** in St. Petersburg, Florida.

All in violation of Title 18, United States Code, Sections 1341 and 2.

### III. COUNT 2 - (ITSP) (18 U.S.C. §2314)

8. The allegations contained in paragraphs 1-5 of this Information are hereby re-alleged and incorporated by reference.

9. In or about the first two weeks of September 2004, the defendant herein,

**CHRISTOS KYRIAZIS,**

did transport, transmit and transfer in interstate commerce from Massachusetts to Florida goods, wares, merchandise, securities and money, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud; to wit, three

checks totaling approximately $148,581.51 obtained by the aforesaid scheme and artifice to defraud from his victim.

All in violation of Title 18, United States Code, Sections 2314 and 2.

                         MICHAEL J. SULLIVAN
                         United States Attorney

By: _____
     MARK J. BALTHAZARD
     Assistant U.S. Attorney

❧JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** FBI

**City** Shrewsbury   **Related Case Information:**

**County** Worcester   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTOS KYRIAZIS   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   10460 Roosevelt Blvd. North, #285, St. Petersburg, FL

Birth date (Year only): 63   SSN (last 4 #): 2771   Sex M   Race: _____   Nationality: _____

Defense Counsel if known:   Frank Louderback   Address: 150 Second Ave. N., Suite 840
St. Petersburg, FL 33701

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Mark J. Balthazard   Bar Number if applicable   544463

Interpreter:   ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/25/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CHRISTOS KYRIAZIS

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1341 | Mail Fraud | 1 |
| Set 2 | 18 U.S.C. §2314 | Interstate Trans. Of Property Taken By Fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**