UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) Case No.: 4:05-CR-40022 |
| | ) |
| CHRISTOS KYRIAZIS | ) |
| | ) |

NOTICE OF APPEARANCE

COMES NOW, the undersigned attorney, and hereby files this his Notice of Appearance in the above-styled cause, dated this 25th day of May, 2005.

_____
**FRANK LOUDERBACK, Esquire**
150 2nd Avenue North
Suite 840
St. Petersburg, FL   33701
(727)896-2147
Fla. Bar No. 193295

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail/Hand to the Office of the United States Attorney, Mark Balthazard, Assistant U.S. Attorney, U. S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 this 25th day of May, 2005.

_____
Frank Louderback, Esquire