UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | |
| V.           ) | NO. 05-4002-FDS |
| ) | |
| CHRISTOS KYRIAZIS ) | |

NOTICE OF APPEARANCE

I, Peter L. Ettenberg, hereby enter my appearance on behalf of the defendant in the above matter.

Respectfully Submitted,

*[signature]*
Peter L. Ettenberg, Esquire
GOULD & ETTENBERG, P.C.
370 Main Street
Worcester, MA  01608
Telephone:  (508) 752-6733
BBO # 156520

Dated: MAY 26, 2005