UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| V. | ) | NO. 05-4002-FDS |
| | ) | |
| CHRISTOS KYRIAZIS | ) | |

MOTION TO ADMIT ATTORNEY PRO HAC VICE

NOW comes Peter L. Ettenberg, and moves this Honorable Court to admit Frank Louderback to the Court, Pro Hac Vice.

As grounds, counsel has attached a Certification pursuant to Rule 83.5.3 of the local rules.

Respectfully Submitted,

_____
Peter L. Ettenberg, Esquire
GOULD & ETTENBERG, P.C.
370 Main Street
Worcester, MA 01608
Telephone: (508) 752-6733
BBO # 156520

Dated: MAY 27, 2005

FILING FEE PAID
RECEIPT # 204 580
AMOUNT $ 50.00
BY DPTY CLK KH
DATE 6-3-05

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Mark Balthazard.

_____
Peter L. Ettenberg

Dated: May 27, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:05-CR-40022
)
CHRISTOS KYRIAZIS )
)

**CERTIFICATION PURSUANT TO RULE 83.5.3, LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

I, FRANKLYN LOUDERBACK, do hereby certify that : (1) I am a member in good standing of the Florida Bar, the Bar of the State of Colorado, the Bar of the United States District Court for the Middle District of Florida, the Bar of the Eleventh Circuit Court of Appeals, the Bar of the Supreme Court of the United States, and the Bar of the United States Tax Court.

(2) There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

(3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

(4) My motion for leave to practice in this Court will be filed forthwith by Peter Ettenberg, Esquire, who is a member of the Bar of this Court and who will also file an appearance as co-counsel in this matter.

_____
Frank Louderback, Esquire

Sworn to and subscribed before me
this 26 day of May, 2005.
Produced I.D._____
Personally known to me  X
_____
NOTARY PUBLIC
My Commission Expires: